FILED

JUN 15 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Cause No: DR-21-CR-900-AM |
| RANDY CRIOYOS (12),<br>SAUL SANCHEZ-ROSAS (17),<br>MARTHA PEREZ A/K/A "ADELITA" (18) | § § § § | |

## MOTION TO UNSEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America by the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorney, and moves this Court to direct that the above Indictment be unsealed as to the below Defendants, as these Defendants have been taken into custody by law enforcement:

RANDY CRIOYOS
SAUL SANCHEZ-ROSAS
MARTHA PEREZ A/K/A "ADELITA"

WHEREFORE, the United States respectfully requests that the Motion to Unseal the Indictment and related documents be granted as to this Defendant only.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:   /s/ Stephen Kam
STEPHEN KAM
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | Cause No: DR-21-CR-900-AM |
| RANDY CRIOYOS (12),<br>SAUL SANCHEZ-ROSAS (17),<br>MARTHA PEREZ A/K/A "ADELITA" (18) | § § § | |

ORDER TO UNSEAL INDICTMENT

Came on to be considered the Government's Motion to Unseal and the Court having considered said motion hereby.

ORDERS that the Government's Motion to Unseal the Indictment and related documents be GRANTED.

ENTERED on this the _____ day of _____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE